THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY GARLAUS, RAYMOND NORTON, WATSON EDWARDS and HARRY EISENBERG, Appellants.

Argued April 27, 1937; decided May 25, 1937.

*Maurice Edelbaum* and *E. Ivan Rubenstein* for Anthony Garlaus, appellant.

*Burton B. Turkus* and *Joseph Weiss* for Raymond Norton, appellant.

*David Krauss* and *Julius Hollander* for Watson Edwards, appellant.

*Hyman Wank* and *Abraham H. Kesselman* for Harry Eisenberg, appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

As to each defendant: Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.